IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN BOGLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:22-CV-256-KFP ) |
| ALABAMA LAW ENFORCEMENT AGENCY, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a Motion for Leave to File Amended Complaint (Doc. 12) in response to Defendants' Motion to Dismiss and Motion for More Definite Statement (Doc. 7) filed pursuant to Federal Rules of Civil Procedure 12(b) and (e). Rule 15(a)(1)(B) allows a party to amend a pleading once as a matter of course within 21 days after service of a responsive pleading or service of a motion under Rule 12(b), (e), or (f).

Accordingly, it is ORDERED that Plaintiff's motion is GRANTED. Plaintiff should file the amended complaint by **June 22, 2022**.

Done this 17th day of June, 2022.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE